IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LERONN O. SAMUEL,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, JOHN CAVANAUGHJR., Public Defender, Attorney at Law in his Individual and Official Capacities; and ARONN HARLEY, Prosecutor in his Individual and Official Capacities;<br><br>Defendants. | 8:19CV542<br><br>MEMORANDUM AND ORDER |

This matter is before the court on its own motion. On January 24, 2020, the court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for failure to pay the filing fee assessed by the court on December 13, 2019. To date, Plaintiff has not shown cause for his failure to pay the filing fee and has not paid the filing fee or sought an extension of time in which to do so.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice for failure to pay the court's filing fee, and for failure to comply with a court order. The court will enter judgment by a separate document.

Dated this 2nd day of March, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge